UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

ALLA OSTROVSKAYA,

                         Plaintiff,       Case No. 1:19-cv-07008-EK-RLM

       vs.

EQUIFAX INFORMATION SERVICES,    **STIPULATION OF DISMISSAL WITH**
LLC, EXPERIAN INFORMATION            **DEFENDANT SYNCHRONY BANK AND**
SOLUTIONS, INC., and SYNCHRONY      **[PROPOSED] ORDER**
BANK,

                        Defendants.

———————————————————————— x

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Synchrony Bank only shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: March 18, 2020           **COHEN & MIZRAHI LLP**

                                                   _____
                                                   EDWARD Y. KROUB

DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
dan@cml.legal
edward@cml.legal

*Attorneys for Plaintiff Alla Ostrovskaya*

1

DATED: March 18, 2020

REED SMITH LLP

_____
BRENDA BEAUCHAMP WARD

BRENDA BEAUCHAMP WARD
599 Lexington Avenue
New York, NY 10022
Telephone: 212/549-0282
212/521-5450 (fax)
bward@reedsmith.com

*Attorneys for Defendant Synchrony Bank*

SO ORDERED:

_____
JUDGE, U.S. District Court
Eastern District of New York